# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICI TEXTILE, INC., | Case No. CV 18-8428 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MYSTIQUE APPAREL GROUP INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Medici Textile, Inc. and against defendant Mystique Apparel Group Inc., in the total amount of $5,000.00 in statutory damages under 17 U.S.C. § 504(c)(1). Defendant is also ordered to pay costs in the amount of $578.82 and attorney's fees in the amount of $700.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 8th day of April, 2019.

/s/
Fernando M. Olguin
United States District Judge